IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Trotta, Carmen A | Case Number: 06 B 13286 |
|---|---|---|
| | Trotta, Denise K | Judge: Hollis, Pamela S |
| | Printed: 11/6/07 | Filed: 10/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: October 12, 2007
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,500.00 | |
| Secured: | | 17,562.94 |
| Unsecured: | | 5,179.62 |
| Priority: | | 0.00 |
| Administrative: | | 1,473.00 |
| Trustee Fee: | | 1,224.44 |
| Other Funds: | | 1,060.00 |
| Totals: | 26,500.00 | 26,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 300.00 | 300.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,173.00 | 1,173.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 4,000.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 17,562.94 | 17,562.94 |
| 6. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 73.26 | 152.21 |
| 8. | American Credit Collection | Unsecured | 52.74 | 109.58 |
| 9. | Asset Acceptance | Unsecured | 1,016.15 | 2,111.05 |
| 10. | IC System Inc | Unsecured | 11.60 | 24.10 |
| 11. | Ford Motor Credit Corporation | Unsecured | 1,274.86 | 2,648.52 |
| 12. | Asset Acceptance | Unsecured | 20.41 | 42.41 |
| 13. | Peoples Energy Corp | Unsecured | 14.41 | 29.95 |
| 14. | Resurgent Capital Services | Unsecured | 29.75 | 61.80 |
| 15. | National Capital Management | Unsecured | 91.33 | 0.00 |
| 16. | F & W LLC | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Allied Interstate | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Apple Credit Bank | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

48 Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Trotta, Carmen A<br>Trotta, Denise K<br>Printed:  11/6/07 | Case Number:  06 B 13286<br>Judge:  Hollis, Pamela S<br>Filed:  10/17/06 |

| | | | |
|---|---|---|---|
| 26.  The Bureau Inc | Unsecured | | No Claim Filed |
| 27.  Norwest Collectors | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 25,620.45 | $ 24,215.56 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 1,194.54 |
| 5.4% | 29.90 |
| | _____ |
| | $ 1,224.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_